IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CAPITAL MANAGERS, LLC,**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*a Delaware limited liability company*

v.　　　　　　　　CASE NO. 2:22-CV-00144-BSM

**EVOLVE BANK & TRUST,**
*an Arkansas banking corporation*　　　　　　　　　　　　　　　**DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE